RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
STEPHEN D. STEELE
Nevada Bar No. 013965
ssteele@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Defendant,*
*Samuel Rex*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY DARLING, individually, | CASE NO.: 2:16-cv-02897-JAD-NJK |
| Plaintiff, | |
| vs. | |
| SAMUEL REX; DOES I- X, and ROE CORPORATIONS I - X, inclusive; | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |
| GREGORY DARLING, individually, | |
| Plaintiff, | |
| vs. | |
| SAMUEL REX; DOES I- X, and ROE CORPORATIONS I - X, inclusive; | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the Plaintiffs, Emily Darling and Gregory Darling, and Defendant, Samuel Rex, parties hereto, by and through their respective counsel, Clark

/ / /

/ / /

/ / /

/ / /

1  McCourt, for Plaintiffs, and Hall Jaffe & Clayton, LLP, for Defendant, that this matter be dismissed with

2  prejudice, each party to bear its own costs and attorneys' fees.

3  DATED this 31st day of January, 2017.       DATED this 31st day of January, 2017.

4  HALL JAFFE & CLAYTON, LLP                   CLARK McCOURT

      /s/ Riley A. Clayton                          /s/ Brian P. Clark
6  By_____        By_____
      RILEY A. CLAYTON, ESQ.                       BRIAN P. CLARK, ESQ.
7     Nevada Bar No. 005260                        Nevada Bar No. 004236
      STEPHEN D. STEELE, ESQ.                      LUKAS B. MCCOURT, ESQ.
8     Nevada Bar No. 013965                        Nevada Bar No. 011839
      7425 Peak Drive                              7371 Prairie Falcon Road, Suite 120
9     Las Vegas, Nevada 89128                      Las Vegas, Nevada 89128
      *Attorneys for Defendant,*                   *Attorneys for Plaintiffs*
10    *Samuel Rex*

## **O R D E R**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: February 2, 2017.

_____
U.S. DISTRICT COURT JUDGE

2